# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Natashia Jackson,<br><br>　　　　Defendant. | Case No. 2:05-cr-00123-KJD-LRL-2<br><br>**Order Granting Second Stipulation to Continue Revocation Hearing** |

　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing as requested.

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 18, 2021, at 10:30 a.m. is vacated and continued to August 17, 2021 at 10:30 a.m.

　　DATED: May 12, 2021.

_____
Kent J. Dawson
United States District Judge