# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATASHIA MARIE JACKSON,<br><br>    Defendant. | Case No. 2:05-cr-00123-KJD-LRL-2<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, November 30, 2021 at 9:30 a.m., be vacated and continued to January 18, 2022 at the hour of 11:30 a.m.; or to a time and date convenient to the court.

DATED this 19th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

3