UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATASHIA MARIE JACKSON,<br><br>    Defendant. | Case No. 2:05-cr-00123-KJD-LRL-2<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 18, 2022 at 11:30 a.m., be vacated and continued to March 22, 2022 at the hour of 9:30 a.m.; or to a time and date convenient to the court.

DATED this 13th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

3