RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA R. MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Natashia Marie Jackson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NATASHIA MARIE JACKSON,<br><br>    Defendant. | Case No. 2:05-cr-00123-KJD-LRL-2<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Seventh Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda R. Martin, Assistant Federal Public Defender, counsel for Natashia Marie Jackson, that the Final Supervised Release Revocation Hearing currently scheduled on March 22, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

    This Stipulation is entered into for the following reasons:

    1.    Counsel for the defendant will need additional time to conduct investigations into these state cases that were originally dismissed. These state cases are related to the petition already filed herein.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the seventh request for a continuance of the revocation hearing.

DATED this 15th day of March, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ LaRonda R. Martin<br>LARONDA R. MARTIN<br>Assistant Federal Public Defender | By /s/ Supriya Prasad<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATASHIA MARIE JACKSON,<br><br>    Defendant. | Case No. 2:05-cr-00123-KJD-LRL-2<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, March 22, 2022 at 9:30 a.m., be vacated and continued to May 10, 2022 at the hour of 12:30 p.m. in courtroom 4A.

DATED this 16th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE