RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA R. MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Natashia Marie Jackson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>         v.<br><br>NATASHIA MARIE JACKSON,<br><br>                     Defendant. | Case No. 2:05-cr-00123-KJD-LRL-2<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Eighth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda R. Martin, Assistant Federal Public Defender, counsel for Natashia Marie Jackson, that the Final Supervised Release Revocation Hearing currently scheduled on May 10, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant will need additional time to conduct investigations into these state cases that were originally dismissed. These state cases are related to the petition already filed herein.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The defendant has also been hospitalized since April 7, 2022 and will need time to recover upon release.

4. The parties agree to the continuance.

This is the eighth request for a continuance of the revocation hearing.

DATED this 28th day of April, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ LaRonda R. Martin*<br>LARONDA R. MARTIN<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATASHIA MARIE JACKSON,<br><br>　　　　Defendant. | Case No. 2:05-cr-00123-KJD-LRL-2<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 10, 2022 at 12:30 p.m., be vacated and continued to July 12, 2022 at the hour of 12:30 p.m. in courtroom 4A.

　　　DATED this 29th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON